UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | Hon. William H. Walls |
| Respondent, : | |
| v. : | Crim. No. 94-643(WHW) |
| HERIBERTO MALDONADO-NAVARRO, : | |
| Petitioner. : | ORDER |

This matter having been opened to the Court at the request of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Jacques S. Pierre, Assistant United States Attorney, appearing) for an order extending the Government's time in which to file an opposition to the motion filed by petitioner pursuant to 28 U.S.C. § 1651,

IT IS on this 14 day of October, 2010,

ORDERED that the Government shall file its opposition to the motion filed by petitioner pursuant to 28 U.S.C. § 1651 by or on October 28, 2010.

_____
HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE